# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | |
|---|---|
| ROSHAWNA MATTHEWS, | ) |
| | ) |
| Plaintiff, | ) Civil Action No. 21-01879 |
| | ) |
| – vs – | ) |
| | ) |
| MARINER FINANCE, LLC, d/b/a | ) |
| PERSONAL FINANCE COMPANY, | ) |
| | ) |
| Defendant. | ) |

## NOTICE OF VOLUNTARY DISMISSAL
## PURSUANT TO FED.R.CIV.P. 41(a)(1)(A)(i)

**NOW COMES**, Plaintiff, Roshawna Matthews, through her undersigned attorney, and respectfully states and prays:

1. On August 12, 2021, Plaintiff filed the complaint in this matter (Dkt. 1).

2. Federal Rule of Civil Procedure 41 provides, in relevant part:

(a) Voluntary Dismissal.

(1) *By the Plaintiff.*

(A) *Without a Court Order.* Subject to Rules 23(e), 23.1(c), 23.2, and 66 and any applicable federal statute, the plaintiff may dismiss an action without a court order by filing:

> **(i) a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment**; or
>
> (ii) a stipulation of dismissal signed by all parties who have appeared.

(B) *Effect.* Unless the notice or stipulation states otherwise, the dismissal is without prejudice. But if the plaintiff previously dismissed any federal-or state-court action based on or including the same claim, a notice of dismissal operates as an adjudication on the merits."

- 2 -

Fed.R.Civ.P. 41, 28 U.S.C. (emphasis added).

3.     After further analysis of the identity of the defendant in this case in relationship with the case events, Plaintiff believes this case should not continue.

4.     For such reason, pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i), Plaintiff respectfully notifies the voluntary dismissal of the Complaint, without prejudice.

**WHEREFORE**, Plaintiff respectfully requests this Honorable Court to GRANT the instant request for voluntary dismissal of the present case without prejudice.

**CERTIFICATION**:  I hereby certify that the foregoing document has been filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of record and also sent by electronic mail to **Mariner Finance, LLC** (Sabrina.Neff@huschblackwell.com) and US Mail, 211 E. 7th Street, Suite 620, Austin, TX 78701.

RESPECTFULLY SUBMITTED on August 19, 2021.

By: */s/ Carlos C. Alsina-Batista*
Carlos C. Alsina-Batista (TX Bar No. 24111072)
Wajda & Associates
10000 N Central Expressway, Suite 400
Dallas, TX 75231
Tel. 888-213-0169
Fax 866-286-8433
Email: calsinabatista@wajdalawgroup.com